Sam Kalas, appellee, v. Demetra Fancy Bakery, appellant. Gen. No. 31,705.

Action for balance due on salary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927.

James B. Heffernan, for appellant. Bassler, Bippus & Rose, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Radio Receptor Company, Inc., appellee, v. Standard Radio Corporation, appellant. Gen. No. 31,728.

Assumpsit for balance due on goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 4, 1927.

Morris Kompel, for appellant. Sidney E. Levy, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Sam Greenberg, appellee, v. Sam Hayman, appellant. Gen. No. 31,743.

Action to recover rent. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed with findings of fact. Opinion filed October 4, 1927.

Carl F. Lund, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Otis Beeman, appellee, v. A. A. Morrison Company, appellant. Gen. No. 31,765.

Action for negligent injury to house. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed with findings of fact. Opinion filed October 4, 1927.

Campbell & Fischer, for appellant. Cavender & Milchrist, for appellee.

Mr. Justice Gridley delivered the opinion of the court.